IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ, | 1:05-CV-01264-AWI-WMW-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF AUGUST 1, 2006 |
| vs. | [Document #11] |
| MATTHEW KRAMER, et al., | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| Defendants. | [Document #10] |
| | ORDER DIRECTING CLERK TO SEND COPY OF COURT'S PREVIOUS ORDER TO PLAINTIFF |
| / | [Document #9] |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2006, the court issued an order dismissing plaintiff's complaint for failure to state a claim and directing plaintiff to file an amended complaint within thirty days. The thirty days passed, and plaintiff did not file an amended complaint. As a result, on August 1, 2006, Magistrate William M. Wunderlich submitted findings and a recommendation to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to state a claim.

A review of plaintiff's file shows that on July 26, 2006, plaintiff submitted an untimely motion for extension of time to amend his complaint. Plaintiff requested the extension

1

because he did not receive the court's order of June 21, 2006, in time to comply with the order, due to mail delays caused by his change of address.    Plaintiff is hereby informed that it is his responsibility to apprise the court of his current address so that he receives all court decisions that may affect the status of his case. See Local Rule 83-183(b).  It appears that plaintiff did not inform the court of his new address in a timely manner.  Nevertheless, in light of the fact that plaintiff has now notified the court of his current address, and good cause appearing, the findings and recommendation of August 1, 2006, shall be vacated, and the extension of time shall be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendation order of August 1, 2006, is VACATED in its entirety;

2. Plaintiff's motion for an extension of time is GRANTED.  Plaintiff is granted an extension of time until thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of June 21, 2006; and

3. The Clerk is DIRECTED to send to plaintiff a copy of the court's previous order of June 21, 2006 [Document #9].

IT IS SO ORDERED.

**Dated:   August 24, 2006**          /s/  William M. Wunderlich
j14hj0                                                         UNITED STATES MAGISTRATE JUDGE